1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11    LORRAINE B. MARTINEZ,                    Case No. CV 15-05795 BRO (AFM)

12                          Petitioner,

13         v.                                   **ORDER ACCEPTING FINDINGS**
                                                **AND RECOMMENDATIONS OF**
14    D.K. JOHNSON, Warden,                     **UNITED STATES MAGISTRATE**
                                                **JUDGE**
15                          Respondent.

16

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

18    file and the Report and Recommendation of United States Magistrate Judge.  No

19    objections to the Report have been filed herein.  The Court accepts the findings and

20    recommendations of the Magistrate Judge.

21         IT THEREFORE IS ORDERED that (1) the Report and Recommendation of

22    the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered

23    denying the Petition and dismissing the action with prejudice.

24    DATED: November 4, 2016

25

26    By: _____

27         Honorable Beverly R. O'Connell
           United States District Court Judge

28