**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORRAINE B. MARTINEZ, | Case No. CV 15-05795 BRO (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| D.K. JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 4, 2016

By: _____

Honorable Beverly R. O'Connell
United States District Court Judge